■ GERALD J. GREENAN, III, et al., Appellants, v DOROTHY GASNER, Defendant, and ROBERT E. KRAUSE et al., Respondents. [864 NYS2d 349]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered May 22, 2007 in an action pursuant to the Debtor and Creditor Law. The order granted the motion of defendants Robert E. Krause and Shirley A. Marconi for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Scudder, P.J., Smith, Lunn and Fahey, JJ.